UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MEGGS,<br><br>    Plaintiff,<br><br>v.<br><br>UHG LAX PROP, LLC,<br><br>    Defendant. | Case No. 2:23-cv-08632-SB-E<br><br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

      The Court set the mandatory scheduling conference (MSC) for December 15, 2023. Dkt. No. 16. Defense counsel participated in preparing the required joint report but failed to appear at the MSC or notify the Court of the reason for the absence. Accordingly, Defendant is ordered to show cause at an in-person hearing on January 5, 2024, at 8:30 a.m. why it and its counsel should not be subject to sanctions pursuant to Fed. R. Civ. P. 16(f), including monetary sanctions, for failing to appear at the MSC in violation of the Court's order. Defendant shall file a written response to this order to show cause (OSC) no later than 9:00 a.m. on December 27, 2023. In the written response to the OSC, counsel shall state whether he has ever been sanctioned by any court or agency or the subject of an OSC for failing to follow any court rule or order. Defendant shall also meet and confer with Plaintiff's counsel to attempt to reach agreement on the amount of Plaintiff's counsel's costs and fees for attending the MSC. Counsel shall include the results of these discussions in its OSC response and indicate whether Defendant has already reimbursed Plaintiff's counsel for those costs and fees.

Date: December 15, 2023

                                                  Stanley Blumenfeld, Jr.
                                                  United States District Judge