Donald A. MacKay, CalBar # 138540
Attorney at Law
don@damackay.com
P.O. Box 6802
Kingman, Arizona  86402-6802
Telephone 202-642-4646
Facsimile  866-833-5180
*Attorney for Plaintiff John Meggs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MEGGS, Individually,<br><br>          Plaintiff,<br><br>vs.<br><br>UHG LAX PROP, LLC, a Delaware limited liability company,<br><br>          Defendant. | **Case No. 2:23-cv-8632-RAO**<br><br>**NOTICE OF SETTLEMENT**<br><br>**Judge:       Hon. Rozella A. Oliver**<br><br>**Complaint:** October 13, 2023<br>**Answer:**     November 15, 2023 |

**TO THE HONORABLE ROZELLA A. OLIVER, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:**

Please be advised that the parties have reached a tentative settlement of this civil action on the date of this Notice.

Plaintiff anticipates being able to file a stipulation for dismissal well prior to the mediation, presently set for August 28, 2024, following the drafting and execution of a written settlement agreement.

          **Respectfully Submitted,**

          _[signature]_
          Donald A. MacKay – Attorney
          for Plaintiff John Meggs